UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

http://www.wawb.uscourts.gov

## AMENDMENT COVER SHEET

DEBTOR LAST NAME _____Diibon_____

CASE NUMBER __11-22107__ CHAPTER __7__

ATTORNEY FOR DEBTOR __Seth Rosenberg__ PHONE __(206) 407-3300__

### PLEASE CHECK WHAT IS BEING AMENDED

PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $26.00 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS.

SUBMIT ORIGINAL ONLY B NO COPIES REQUIRED

1. PETITION: Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

2. MATRIX: Adding, Deleting Creditors (Requires $26 Fee)

   No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

   When submitting an amended Matrix, send Matrix with **ONLY** the amended creditors.

3. SCHEDULES:

   D, E, F (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))

A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

A, B, C, G, H, I, J, (No fee required)

4. AMENDING AMOUNTS/TOTALS OF SCHEDULES:

D, E, F (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))

A, B, C, G, H, I, J, (No fee required)

5. STATEMENT OF FINANCIAL AFFAIRS (No fee required)

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

/s/MaryDiibon

Signature of Debtor

Rev 07/01/08

In re  Mary Linda Diibon  
　　　　　Debtor

Case No.  11-22107  
　　　　　(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph S. Diibon<br>12433 16th Ave. S.<br>Seattle, WA 98168 | Chase<br>PO Box 78067<br>Phoenix, AZ 95082 |