**Seth Rosenberg**

| | | |
|---|---|---|
| From: | USBankruptcyCourts@noticingcenter.com | |
| Sent: | Tuesday, October 18, 2011 11:27 AM | |
| To: | seth@smithrosenberglaw.com | |
| Subject: | U.S. Bankruptcy Court, Western District of Washington - Undeliverable Notice, In re: Mary Linda Diibon, Case Number: 11-22107, TWD, Ref: [p-31523057] | |
| Attachments: | B_P21122107b9a0025.PDF | |

FILED
2011 OCT 20 PM 1:40
M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Joseph S. Diibon, 1027 South 101st, Burien, WA 98168
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

_12433 16TH Ave. S, Seattle, WA 98168_

_[signature]_                                                          _10/18/11_
Signature of Debtor or Debtor's Attorney                    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

1